# FAX COVER SHEET

| TO | Steps Prg Admin |
|---|---|
| COMPANY | Burlington |
| FAX NUMBER | 16095893595 |
| FROM | Jeannie Quin |
| DATE | 2017-01-20 16:17:25 GMT |
| RE | Steps opt-out (Jeannie Quinteros514719) |

## COVER MESSAGE

To whom it may concern,

Please find enclosed my opt-out form for the step program. If you have any questions or need additional information, please feel free to contact me at the number listed below.

Jeannie Quinteros,
SM - Falls Church 0837

3054096254



# STEPS PROGRAM OPT-OUT FORM

BURLINGTON PARTICIPATES IN A MUTUAL AGREEMENT TO ARBITRATE ASSOCIATE RELATIONS CLAIMS. IF YOU <u>DO NOT</u> WANT TO PARTICIPATE IN STEP 3: ARBITRATION, PLEASE COMPLETE THIS DOCUMENT AND <u>MAIL</u> TO THE STEPS PROGRAM ADMINISTRATOR, <u>POSTMARKED NO LATER THAN 30 DAYS FROM YOUR DATE OF HIRE</u>:

Burlington Stores Inc.
1830 Route 130 North
Burlington, NJ 08016
**Attn: STEPS Program Administrator**

**AUTHORIZATION:**
By signing below, I acknowledge I have received a copy of the Burlington Stores, Inc.'s Early Dispute Resolution Program Rules & Procedures and <u>am declining the benefits of arbitration.</u>

I understand I will receive a letter confirming receipt of my Opt-Out Form and if I do <u>not</u> receive this letter within 14 days of mailing this form, it is my responsibility to call the STEPS Program Administrator toll-free at 1-844-500-STEP (7837).

Name (please print): _Jeannie Quinters_

Home Address: _1596 Salerno Circle_
Street Number and Name / Apt.

_Weston_, _FL_ _33327_
City / State / Zip

Signature: _[signed]_

Date: _1/20/17_

Associate ID: _514719_

Store Number: _0837 – Falls Church_

**Important Note:** We encourage you to make a copy of this form for your records.

Burlington – CONFIDENTIAL



# STEPS PROGRAM OPT-OUT FORM

BURLINGTON PARTICIPATES IN A MUTUAL AGREEMENT TO ARBITRATE ASSOCIATE RELATIONS CLAIMS.  IF YOU <u>DO NOT</u> WANT TO PARTICIPATE IN STEP 3: ARBITRATION, PLEASE COMPLETE THIS DOCUMENT AND <u>MAIL</u> TO THE STEPS PROGRAM ADMINISTRATOR, <u>POSTMARKED NO LATER THAN 30 DAYS FROM YOUR DATE OF HIRE</u>:

Burlington Stores Inc.
1830 Route 130 North
Burlington, NJ 08016
**Attn:  STEPS Program Administrator**

**AUTHORIZATION:**
By signing below, I acknowledge I have received a copy of the Burlington Stores, Inc.'s Early Dispute Resolution Program Rules & Procedures and <u>am declining the benefits of arbitration.</u>

I understand I will receive a letter confirming receipt of my Opt-Out Form and if I do <u>not</u> receive this letter within 14 days of mailing this form, it is my responsibility to call the STEPS Program Administrator toll-free at 1-844-500-STEP (7837).

Name (please print): _Jeannie Quintero_

Home Address: _1596 Salerno Circle_
Street Number and Name / Apt.

_Weston, FL 33327_
City / State / Zip

Signature: _[signed]_

Date: _1/20/17_

Associate ID: _514719_

Store Number: _0837 - Falls Church_

**Important Note:**  We encourage you to make a copy of this form for your records.



Burlington – CONFIDENTIAL