EXHIBIT "C"



**Stacie Reimer** <staciereimer@reimerlawpllc.com>  Fri, Jan 18, 5:13 PM
to Stacie, bcc: me

Dear Client,

It is my extreme pleasure and honor to welcome you as one of the inaugural clients of Reimer Law PLLC. I promise to work hard for you and fight for your rights, it is my solemn duty as your attorney.

**What I ask of you, as soon as possible, is to please email AJ Dhali at ajdhali@dhalilaw.com. Please let him know that you have chosen to go with Reimer Law PLLC. Please also ask him to forward your entire file to Reimer Law PLLC at 1629 K St NW, Suite 300, Washington, DC 20006 as soon as possible. Please also ask him to forward any mail related to your case immediately and continually to the above address. Please ask him to forward a full accounting of all fee paid to him and all fees spent as soon as possible. Finally, please ask him to move any funds in trust under your account into my trust account, if any.**

Please call or text me at 202-603-0957 if you have any questions. If you could please do this by the end of today, that would be greatly appreciated.

Sincerely,

Stacie

...

**Jeannie Q** <jnnquinteros@gmail.com>  Mon, Apr 1, 1:40 PM (3 days ago)
to mpierrelouis, amanuel

Sent from my iPhone

Begin forwarded message:

...

**Pierre-Louis, Melissa**  Mon, Apr 1, 1:43 PM (3 days ago)
to me, Ashley

This is great- can you send the email where she withdraws as counsel and where she says the firm dissolved? Only those two emails for now.