EXHIBIT "D"



# Out of the Office Re: Out of the Office Re: Phone call regarding Quineteros v. Burlington

Inbox ×

**Stacie Reimer** — Fri, Mar 8, 12:11 AM
to me

Thank you for the email. I am on sick leave and should be back in the office on March 30th. You can contact ajdhali@dhalilaw.com on any legal issues pending.

Warm regards,

Stacie Reimer, Esq.
Reimer Law PLLC

1629 K St NW #300
Washington, DC 20006
T: (202) 603-0957
staciereimer@reimerlawpllc.com
www.reimerlawpllc.com

CONFIDENTIALITY NOTICE: The information contained in this email may be confidential and/or subject to Attorney-Client Privilege and/or Attorney Work Product. If you are not the intended recipient of this email please contact the sender and delete this email and all attachments.

--
*Stacie Reimer, Esq.*
*Pronouns: She/Her/Hers*
*Reimer Law PLLC*
*Civil Rights for All*

1629 K St NW #300
Washington, DC 20006