EXHIBIT "E"

**April 9, 2019**

**RE:  Quinteros v Burlington Coat Factory et al.
Civil Action No. 1:18-cv-01405-LO-JFA**

Dear Hon. Judge John F. Anderson,

I am writing to inform you that on November 12, 2018 I entered into a retainer agreement with Stacie Reimer of Dhali & Reimer, PLLC. Please see attached retainer EXHIBIT "A".

On or about January 15, 2019, Stacie Reimer, former partner at Dhali & Reimer PLLC (herein referred to as the "Firm"), represented to me that the "Firm" had dissolved, and that both partners created their separate law practices. Ms. Reimer advised me that I had the choice to go with her newly created law practice, stay with AJ Dhali or seek new counsel. I decided to go with Ms. Reimer to her new practice.

Subsequently, on January 19, 2019, I entered into a retainer agreement with Reimer Law PLLC. Please see attached retainer EXHIBIT "B." On or about January 19, 2019 I received a welcome email from Reimer Law PLLC, please see EXHIBIT "C".

For reasons unknown to me, Ms. Reimer did not enter an appearance in my case. On or about February 8, 2019 Ms. Reimer became ill and informed me that she was unable to handle my case and referred me to an attorney by the name of Chris Brown, whom she stated would contact me. He never did. Ms. Reimer acknowledges that she referred me to Mr. Brown due to her sick state in several emails and will not dispute this fact.

I did not consent to any representation from AJ Dhali after Dhali & Reimer, PLLC dissolved. Any representation AJ has made on my behalf before the Court, was without my consent. Since my active retainer was with Reimer Law PLLC and since Ms. Reimer told me that she could no longer handle my case as a result of her mental health and admittedly referred to me to Mr. Brown, she effectively withdrew as my counsel and should not be able to force me to revert back to a prior retainer that I had with a previous firm. While Ms. Reimer acknowledges this fact and has stated that she will not assert a lien, Mr. Dhali has insisted that he will continue to assert a lien on my file. Please see EXHIBIT "G"

The delay caused by these events and the threat of a lien from a dissolved Dhali & Reimer, despite Ms. Reimer's of Reimer Law PLLC withdrawal, has caused on my ability to retain counsel.

Therefore, I am respectfully requesting that this Court grant my 30-day extension of time to appear for initial pretrial conference with new counsel.