Exhibit "G"



Reimer Law PLLC
1629 K St. NW, Suite 300, Washington, DC 20006
T:(202) 603-0957
F: (202) 478-1713
staciereimer@reimerlawpllc.com
www.reimerlawpllc.com

By email only: jnnquinteros@gmail.com

April 8, 2019

Dear Ms. Quinteros:

This letter serves to memorialize the details of our attorney-client relationship and confirms that your matter, Quinteros v. Burlington Coat Factory, is closed with this firm.

I first came into contact with you through the law firm of Dhali & Reimer PLLC. You signed a retainer with this law firm in late summer 2018. On January 17, 2019, I established the law firm of Reimer Law PLLC. On or around January 17, 2019, I alerted you that I was no longer at Dhali & Reimer PLLC and that my departure had signaled the dissolution of Dhali & Reimer PLLC. I made sure you knew you had the choice to either sign a new retainer with Reimer Law PLLC, stay with Dhali PLLC, or find other counsel. You chose to sign a new retainer with Reimer Law PLLC on January 19, 2019.

According to my records, on March 8, 2019 you let me know in writing that I would no longer be serving as your counsel. For the time period of January 19- March 8, 2019 there were no filings due in court and I did not perform any substantive work on your case for which I am seeking payment. Additionally, I am not seeking any form of payment from you for any work performed while I was at Dhali & Reimer PLLC. I have returned all the documents I have related to your file and have closed your case. I wish you all the best in your legal case. Again, I recommend contacting MWELA attorneys in order to find new counsel as soon as possible at https://www.mwela.org/find-a-lawyer.

Sincerely,

Stacie Reimer