

United States District Court
For the Eastern District of Virginia
E-Noticing Registration Request for Pro Se Litigants

FILED

2019 APR -9 P 1:00

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Case Number: 1:18-CV-01405-LO-JFA

Name: Jeannie Quinteros

Address: 814 Tewkesbury Pl NW
Washington, DC 20012

Telephone Number: ~~805~~ 805-409-6254

Email Address: info.jeajazz@gmail.com

The undersigned:
- Consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) via the Court's electronic filing system.
- Waives service and notice by first class mail of all electronically filed documents to include orders and judgments.
- Is responsible for immediately notifying the court in writing of any change of email address.
- Must be registered with PACER (www.pacer.gov).

Signature: /s/   Date: 4/9/19

Court Use Only:

The request is GRANTED _____ or DENIED _____

_____     _____
(Judge's Signature)              (Date)