**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| JEANNIE QUINTEROS,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>BURLINGTON COAT FACTORY, *et al.*  )<br>  )<br>    Defendants.  )<br>  ) | C.A. No. 1:18cv01405 (LO/JFA) |

## NOTICE OF APPEARANCE

THE CLERK OF COURT WILL PLEASE TAKE NOTICE that Carla D. Brown hereby enters her appearance in the above reference case. I am admitted to practice in this Court, and I appear in this case as local counsel for Plaintiff, Jeannie Quinteros.

May 9, 2019                                    Respectfully submitted,

*/S/ CARLA D. BROWN*
Carla D. Brown, Virginia Bar No. 44803
cbrown@cbcblaw.com
CHARLSON BREDEHOFT
 COHEN &  BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800  Telephone
(703) 318-6808  Facsimile
*Local Counsel for Plaintiff Jeannie Quinteros*

Melissa Pierre-Louis*
Mikael Rojas*
OUTTEN & GOLDEN, P.C.
601 Massachusetts Ave., NW, Suite 200W
Washington, D.C.  20001
(202) 847-4400  Telephone
(202) 847-4410  Facsimile
mpierrelouis@outtengolden.com
mrojas@outtengolden.com
\* *Pro Hac Vice Applications to be submitted*
*Counsel for Plaintiff, Jeannie Quinteros*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

        Jaclyn L. Hamlin, Esq.
        James J. Murphy, Esq.
        Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
        1909 K Street, N.W., Suite 1000
        Washington, D.C. 20006
        (202) 887-0855 Telephone
        (202) 887-0866 Facsimile
        Jaclyn.hamlin@ogletreedeakins.com
        James.murphy@ogletreedeakins.com
        *Counsel for Defendants, Burlington Coat Factory*
         *Warehouse Corporation and Angela Faith Buhite*


        */s/ CARLA D. BROWN*
        Carla D. Brown, VSB 44803
        CHARLSON BREDEHOFT
         COHEN & BROWN, P.C.
        11260 Roger Bacon Drive, Suite 201
        Reston, Virginia 20190
        cbrown@cbcblaw.com
        (703) 318-6800 Telephone
        (703) 318-6808 Facsimile
        *Local Counsel for Plaintiff, Jeannie Quinteros*