IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 18-1405 , Case Name Quinteros v. Burlington Coat Factory et al.
Party Represented by Applicant: Plaintiff

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Jennessa Calvo-Friedman
Bar Identification Number _____ State New York
Firm Name American Civil Liberties Union Foundation
Firm Phone # 646-885-8347    Direct Dial # 646-885-8347    FAX # 212-549-2650
E-Mail Address jcalvo-friedman@aclu.org
Office Mailing Address 125 Broad Street, 18th floor, New York, NY, 10004

Name(s) of federal court(s) in which I have been admitted See attached.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Carla Brown
(Typed or Printed Name)

5/13/19
(Date)
44803
(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)                              (Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In the Matter of Jennesa Calvo-Friedman Pro Hac Vice Application

Name(s) of federal court(s) in which I have been admitted:

| Court | Date Admitted |
|---|---|
| U.S. District Court for the Eastern District of Wisconsin | March 30, 2018 |
| U.S. District Court for the Southern District of New York | March 4, 2019 |

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JENNESA NATALIA CALVO-FRIEDMAN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on May 11, 2015, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

May 10, 2019

5670

_Clerk of the Court_

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

> Jaclyn L. Hamlin, Esq.
> James J. Murphy, Esq.
> Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
> 1909 K Street, N.W., Suite 1000
> Washington, D.C.  20006
> (202) 887-0855 Telephone
> (202) 887-0866 Facsimile
> Jaclyn.hamlin@ogletreedeakins.com
> James.murphy@ogletreedeakins.com
> *Counsel for Defendants, Burlington Coat Factory*
>   *Warehouse Corporation and Angela Faith Buhite*

>                             /s/ *CARLA D. BROWN*
>                             Carla D. Brown, VSB 44803
>                             CHARLSON BREDEHOFT
>                               COHEN & BROWN, P.C.
>                             11260 Roger Bacon Drive, Suite 201
>                             Reston, Virginia 20190
>                             cbrown@cbcblaw.com
>                             (703) 318-6800 Telephone
>                             (703) 318-6808 Facsimile
>                             *Local Counsel for Plaintiff, Jeannie Quinteros*