IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL
CRIMINAL RULE 57.4

In Case Number __18-1405_____ , Case Name __Quinteros v. Burlington Coat Factory et al.__

Party Represented by Applicant: __Plaintiff__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Lindsey Breton Kaley__

Bar Identification Number __5324983_____ State __New York_____

Firm Name __American Civil Liberties Union Foundation__

Firm Phone # __212-549-2500_____ Direct Dial # __212-519-7823_____ FAX # __212-549-2650__

E-Mail Address __lkaley@aclu.org__

Office **Mailing** Address __125 Broad Street, 18th floor, New York, NY, 10004__

Name(s) of federal court(s) in which I have been admitted __See attached.__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) __Carla Brown__

(Typed or Printed Name)

(Date) __5/14/19__

__44803__

(VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                                              (Date)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

In the Matter of Lindsey Breton Kaley Pro Hac Vice Application

Name(s) of federal court(s) in which I have been admitted:

| **Court** | **Date Admitted** |
|---|---|
| Supreme Court of the State of New York, Appellate Division, Third Judicial Department | January 22, 2015 |
| U.S. District Court for the Northern District of Texas | February 26, 2019 |



## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Lindsey Breton Kaley

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **22nd day of January, 2015**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **9th day of May, 2019**.

Robert D. Mayberger

Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jaclyn L. Hamlin, Esq.
James J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C.  20006
(202) 887-0855 Telephone
(202) 887-0866 Facsimile
Jaclyn.hamlin@ogletreedeakins.com
James.murphy@ogletreedeakins.com
*Counsel for Defendants, Burlington Coat Factory*
 *Warehouse Corporation and Angela Faith Buhite*


*/s/ CARLA D. BROWN*
Carla D. Brown, VSB 44803
CHARLSON BREDEHOFT
 COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
cbrown@cbcblaw.com
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
*Local Counsel for Plaintiff, Jeannie Quinteros*