IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEANNIE QUINTEROS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:18cv1405 (LO/JFA) |
| ) | |
| BURLINGTON COAT FACTORY, *et al.*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

This matter is before the court on plaintiff's motion for an immediate stay of proceedings and to modify scheduling order. (Docket no. 46). As stated in the memorandum in support (Docket no. 48), this motion is necessitated by plaintiff's failure to inform her counsel of a bankruptcy proceeding she instituted in the District of Columbia on March 27, 2019, four months after this action was filed. Given that plaintiff's counsel have not been approved by the Bankruptcy Court to undertake the representation of the plaintiff, they are not authorized to proceed. Accordingly, it is hereby

ORDERED that the motion to stay is granted in part. This action is stayed and plaintiff's counsel shall **immediately** notify the court once the Bankruptcy Court has taken action on counsel's application for approval. If counsel have been approved to proceed with this representation, the court will promptly set a status conference to discuss what, if any, modifications need to be made to the timing of discovery in this matter as a result of the stay.

Entered this 18th day of June, 2019.

                                                                                                        /s/
                                                                                                 John F. Anderson
Alexandria, Virginia                                        John F. Anderson
                                                                            United States Magistrate Judge