**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

**Jeannie Quinteros,**

                    **Plaintiff,**

        **v.**

**Burlington Coat Factory Warehouse          Civil Action No. 1:18-cv-01405-LO-JFA
Corporation and Angela Faith Buhite,**


                    **Defendants.**

<u>**NOTICE OF HEARING**</u>

        THE CLERK WILL PLEASE TAKE NOTICE that on Friday, August 2, 2019, at

10:00am, Plaintiff, Jeannie Quinteros, will bring move this Court, for an Order withdrawing the

appearnce of the undersigned counsel and their respective law firms from the representation Ms.

Quinteros.

        The grounds for this Motion are set forth in the accompanying Memorandum.

Dated: July 1, 2019                    Respectfully submitted,

                                       */S/ CARLA D. BROWN*
                                       Carla D. Brown, VSB 44803
                                       CHARLSON BREDEHOFT COHEN & BROWN, P.C.
                                       11260 Roger Bacon Drive, Suite 201
                                       Reston, Virginia 20190
                                       (703) 318-6800  Telephone
                                       (703) 318-6808  Facsimile
                                       cbrown@cbcblaw.com
                                       *Local Counsel for Plaintiff*

                                       Melissa Pierre-Louis*
                                       Mikael Rojas*
                                       OUTTEN & GOLDEN, LLC
                                       601 Massachusetts Avenue, N.W., Suite 200W
                                       Washington, D.C. 20001
                                       (202) 847-4400  Telephone
                                       (202) 847-4410  Facsimile
                                       mrojas@outtengolden.com
                                       mpierrelouis@outtengolden.com
                                       *Counsel for Plaintiff*

                                       Galen Sherwin*
                                       Jennesa Calvo-Friedman*
                                       Lindsey Kaley*
                                       AMERICAN CIVIL LIBERTIES UNION
                                       FOUNDATION
                                       125 Broad Street, 18th Floor
                                       New York, NY 10004
                                       (212) 549-2500 Telephone
                                       (212) 549-2650  Facsimile
                                       gsherwin@aclu.org
                                       jcalvo-friedman@aclu.org
                                       lkaley@aclu.org
                                       *Counsel for Plaintiff*

                                       *Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Jaclyn L. Hamlin, Esq.
James J. Murphy, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C.  20006
(202) 887-0855 Telephone
(202) 887-0866 Facsimile
Jaclyn.hamlin@ogletreedeakins.com
James.murphy@ogletreedeakins.com
*Counsel for Defendants, Burlington Coat Factory*
  *Warehouse Corporation and Angela Faith Buhite*


/S/ *CARLA D. BROWN*
Carla D. Brown, VSB 44803
CHARLSON BREDEHOFT COHEN & BROWN, P.C.
11260 Roger Bacon Drive, Suite 201
Reston, Virginia 20190
(703) 318-6800 Telephone
(703) 318-6808 Facsimile
cbrown@cbcblaw.com
*Local Counsel for Plaintiff*