IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JEANNIE QUINTEROS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION 1:18cv1405 |
| | ) |
| BURLINGTON COAT FACTORY, et al | ) |
| | ) |
| Defendants. | ) |

ORDER

This matter is currently scheduled for final pretrial conference on August 16, 2019; however, the Court is now unavailable on that date. In view of the Court's already congested trial calendar and other Court obligations, it is

**ORDERED** that the final pretrial conference in this matter is hereby continued to September 20, 2019 at 1:30 pm.

/s/
Liam O'Grady
United States District Judge

Alexandria Virginia
July 29, 2019